**Entered on Docket
June 23, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-71593

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-15745-lbr |
| Raquel E.  Hernandez | Date: June 15, 2009<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3  Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4  property, generally described as 4716 Montebello Avenue, Las Vegas, NV 89110, and legally described

5  as follows:

6  

7    Lot FIVE (5) in Block EIGHT (8) of PARKWOOD UNIT NO., as shown by Map thereof on File in Book 25 of Plats, Page 32, in the Office of the County Recorder of Clark County, Nevada.

8  

9  **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

10 **give Debtors at least five business days' notice of the time, place and date of sale.**

11       DATED this _____ day of _____ 2009

12 Submitted by:
   WILDE & ASSOCIATES

13

14 By_____

15    GREGORY L. WILDE, ESQ.
      Attorney for Secured Creditor
16    208 South Jones Boulevard
      Las Vegas, Nevada 89107
17

18 APPROVED / DISAPPROVED

19 _____

20 Rodney K. Okano
   4180 S. Rainbow Blvd., #804
   Las Vegas, NV 89103
21 Attorney for Debtor(s)

22

23

   APPROVED / DISAPPROVED
24

25 _____
   James F. Lisowski, Sr.
   P.O Box 95695
26 Las Vegas, NV 89193
   Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   __X__ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   __X__ failed to respond to the document

Other Party:_____
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

Breach Order:
\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of
     this proposed order were transmitted to Debtor's counsel and appointed trustee to which
     they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor